UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICO ORANTES,

                    Plaintiff,

        - against -

GR LAWN CARE LLC, et al.,

                    Defendants.

**ORDER**

23-CV-07446 (PMH)

PHILIP M. HALPERN, United States District Judge:

In light of the parties' settlement in principle, the parties are directed to file by February 20, 2024 either (i) a joint *Cheeks* statement and settlement agreement, or (ii) a Proposed Judgment pursuant to Federal Rule of Civil Procedure 68.

**SO ORDERED.**

Dated:    White Plains, New York
          February 2, 2024

_____
PHILIP M. HALPERN
United States District Judge